1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MANUEL ANTONIO GONZALEZ, III,    )    NO. CV 10-03507 PA (SS)
                                       )
12                  Petitioner,        )
                                       )    **ORDER ADOPTING FINDINGS,**
13             v.                      )
                                       )    **CONCLUSIONS AND RECOMMENDATIONS**
14   WARDEN OF S.V.S.P.,               )
                                       )    **OF UNITED STATES MAGISTRATE JUDGE**
15                  Respondent.        )
     _____)

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records and files herein, and the Magistrate Judge's Report

20   and Recommendation.  The time for filing Objections to the Report and

21   Recommendation  has  passed  and  no  Objections  have  been  received.

22   Accordingly, the Court accepts and adopts the findings, conclusions and

23   recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1      Accordingly, IT IS ORDERED THAT:

2

3      1.  The Petition is DENIED and Judgment shall be entered dismissing

4 this action without prejudice.

5

6      2.  The Clerk shall serve copies of this Order and the Judgment

7 herein by United States mail on Petitioner.

8

9 DATED: June 29, 2010

10

11                        _____

                           PERCY ANDERSON

12                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28