UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL ANTONIO GONZALEZ, III,    )   NO. CV 10-03507 PA (SS)
                                 )
            Petitioner,          )
                                 )
        v.                       )       **JUDGMENT**
                                 )
WARDEN OF S.V.S.P.,              )
                                 )
            Respondent.          )
_____)


     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,


     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.


DATED: June 29, 2010

                              _____
                              PERCY ANDERSON
                              UNITED STATES DISTRICT JUDGE